FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 08 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LENA BYLOV, on behalf of herself and all others similarly situated,

          Plaintiffs,

-against-

SENTRY CREDIT, INC.

          Defendant.

Case No. 1:18-cv-01125-ERK-VMS

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        July 17, 2018

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Dan@cml.legal
*Attorney for Plaintiff*

By: /s/ Robert Modica
Robert Modica, Esq
Gordon Rees Scully Mansukhani, LLP
One Battery Park Plaza, 28th Floor
New York, NY 10004
Tel: (212) 269-5500
rmodica@grsm.com
*Attorney for Defendant*

So ordered.

s/ ERK

7/31/18